# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 17, 2021

## NO. 03-19-00409-CV

**Lisa Ann Hoffman and David Hoffman, Appellants**

**v.**

**Cecilia Mena, Sheila L. Adams, and JP Morgan Chase Bank, N.A., Appellees**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on May 16, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the Court modifies the trial court's judgment to reflect that the award amount for costs and attorney's fees shall be $13,599.10 instead of $15,415.00. The Court affirms the judgment as modified. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.